AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Marissa A. Suarez | ) Case: 1:21-mj-00123 |
|  | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/19/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Marissa A. Suarez_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1752(a) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 USC 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/19/2021

2021.01.19
16:58:17 -05'00'
*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/19/2021, and the person was arrested on *(date)* 1/22/2021
at *(city and state)* Freehold, New Jersey

Date: 1/22/2021

*Arresting officer's signature*

Special Agent Christopher Deibert
*Printed name and title* FBI-NK