UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs. ) | No. 1:21-mj-00123-1 |
| ) | |
| MARISSA SUAREZ, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR CONTINUANCE**

Defendant Marissa Suarez, through undersigned counsel and with the consent of the United States, respectfully moves the Court for an order continuing until May 5, 2021 the status hearing now scheduled for March 5, 2020. The proposed continuance will give the parties additional time to negotiate a resolution of the case. Ms. Suarez consents to exclude from calculation under the Speedy Trial Act the time between March 5, 2021 and May 5, 2021.

Date:  March 5, 2021                    Respectfully submitted,

                              /s/ Paul F. Enzinna
                         Ellerman Enzinna PLLC
                         1050 30th Street, NW
                         Washington, DC 20007
                         202.753.5553
                         penzinna@ellermanenzinna.com


                         *Counsel for Defendant Marissa Suarez*

## CERTIFICATE OF SERVICE

    I certify that on March 5, 2021, a copy of the foregoing Consent Motion for Continuance was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                                    Respectfully submitted,

                                      /s/ Paul F. Enzinna

Date: March 5, 2021             Ellerman Enzinna PLLC
                                      1050 30th Street, NW
                                      Washington, DC 20007
                                      202.753.5553
                                      penzinna@ellermanenzinna.com

                                      *Counsel for Defendant Marissa Suarez*